ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
Email: eservice@egletlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER QUEHENBERGER;<br><br>Plaintiff,<br><br>v.<br><br>LVGV, LLC d/b/a M RESORT; DOES I-XX and ROE BUSINESS ENTITIES I-XX, inclusive,<br><br>Defendant(s). | CASE NO.: 2:25-cv-02456-JAD-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

IT IS HEREBY STIPULATED, Plaintiff KRISTOPHER QUEHENBERGER hereby substitutes Robert T. Eglet, Esq., Tracy A. Eglet, Esq., and Joseph J. Troiano, Esq., of EGLET LAW to represent him in the above-entitled matter in the place and stead of TEMPLE INJURY LAW Pursuant to LT IA 11-6.

All future correspondence, notices and pleadings are to be directed to Robert T. Eglet, Esq., Tracy A. Eglet, Esq., and Joseph J. Troiano, Esq., of EGLET LAW.

The undersigned hereby agrees to the law firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

DATED this ___ day of _____, 2026.

2026-01-27

Date: 2026.01.27

_____
KRISTOPHER QUEHENBERGER, Plaintiff

The undersigned hereby agrees to the firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

_____
MARISSA R. TEMPLE, ESQ.
Nevada Bar No. 9028
JEFFERSON C. TEMPLE, ESQ.
Nevada Bar No. 9454
**TEMPLE INJURY LAW**
1300 S. Decatur Blvd.
Las Vegas, Nevada 89102
Tel.:702-487-4999

The undersigned hereby agrees to the firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
Email: eservice@egletlaw.com

2

The undersigned hereby agrees to the law firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

DATED this ___ day of _____, 2026.

_____
KRISTOPHER QUEHENBERGER, Plaintiff

The undersigned hereby agrees to the firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

#9454

_____
MARISSA R. TEMPLE, ESQ.
Nevada Bar No. 9028
JEFFERSON C. TEMPLE, ESQ.
Nevada Bar No. 9454
**TEMPLE INJURY LAW**
1300 S. Decatur Blvd.
Las Vegas, Nevada 89102
Tel.:702-487-4999

The undersigned hereby agrees to the firm EGLET LAW being substituted as attorneys for Plaintiff, KRISTOPHER QUEHENBERGER, in the place and stead of the law firm of TEMPLE INJURY LAW.

_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:702-450-5400
Fax:702-450-5451
Email: eservice@egletlaw.com

2

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  February 20, 2026