ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No.: 12505
**EGLET LAW**
350 South Rampart Blvd., Suite 310
Las Vegas, NV 89145
Ph.: (702) 450-5400
Fax: (702) 450-5451
E-Mail: eservice@egletlaw.com
*Attorneys for Plaintiff*

EGLET LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER QUEHENBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC D/B/A M RESORT; DOES I-XX AND ROE BUSINESS ENTITIES I-XX, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:25-cv-02456<br><br>**STIPULATION AND ORDER REGARDING FRCP 35 MEDICAL EXAMINATION OF PLAINTIFF**<br><br>**Date of Exam: July 17, 2026**<br>**Time of Exam: 9:30 am**<br>**Location: 851 S. Rampart, Suite 115**<br>**Las Vegas, NV** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff, Kristopher Quehenberger by and through his counsel of record, **EGLET LAW**, and Defendants, LVGV, LLC by and through their attorney of record, Michael P. Lowry, Esq., of **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** that the following parameters concerning the Plaintiff's FRCP 35 Examination with Joshua Prager, MD, MS shall be imposed:

1. No other persons shall be present during the examination other than the Plaintiff, the designated physician, ancillary members of his staff and a member of Lexitas.

2. The examination shall be audio recorded at Plaintiff's arrangement and expense. A copy of the transcript of the audio recording and/or transcript of audio recording will be produced.

3. The examination shall be limited exclusively to the area of the examining physician's expertise. The physician's examination shall only cover those parts of Plaintiff's body that fall

directly within the scope of the examining physician's expertise, and that are in controversy, as documented by Plaintiff's treating physicians and Plaintiff's medical experts.

4. The Examining Physician shall not examine Plaintiff or provide opinions in fields that are outside the area of his expertise because such opinions would violate the requirements of NRS 50.275. This includes, but is not limited to opinions in psychology, such as malingering and secondary gain behavior.

5. The examination shall last no longer than two (2) hours.

6. Plaintiff shall not be required to wait for longer than 30 minutes before the commencement of the examination.

7. The Examining Physician will not conduct any invasive procedures, diagnostic tests, procedures that are painful, protracted, or intrusive, or unreasonably invasive, nor conduct any diagnostic imaging. Plaintiff will not bring any diagnostic imaging to the examination. If the Examining Physician subjects Plaintiff to physically painful or intrusive procedures, Plaintiff reserves the right to immediately terminate the examination in his sole discretion.

8. Medical billing, medical records, and diagnostic films have been produced during litigation. Defendant will be responsible for providing them to the Examining Physician.

9. Defendant shall produce a report prepared by the Examining Physician and the Examining Physician 's complete file to Plaintiff's counsel within thirty (30) days of the examination or in accordance with the applicable discovery Scheduling Order, whichever comes first.

10. The Examining Physician shall not ask any questions which are not normally a part of a customary medical examination (e.g., liability, potential monetary recovery, professional criticism, Plaintiff's motivation for or willingness to pursue the claim, Plaintiff's intentions/thoughts regarding potential monetary recovery, past settlements).

11. Plaintiff shall not fill out any paperwork pertaining to this medical examination.

12. The examining physician must be provided with a copy of this Stipulation and Order prior to the examination.

13. Plaintiff shall not pay or incur any fee for the examination.

EGLET LAW

14. The parties agree and stipulate that the exam is being conducted pursuant to FRCP 35 and the parties and examiner agree to comply with the provisions of FRCP 35.

IT IS SO STIPULATED.

Dated this 15th day of July, 2026.

**EGLET LAW**

__/s/Joseph J. Troiano, Esq.___
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No.: 12505
350 South Rampart Blvd., Suite 310
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Dated this 15th day of July, 2026.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

_/s/Jonathan C. Pattillo , Esq._______
JONATHAN C. PATTILLO , ESQ.
Nevada Bar No 13929
6689 Las Vegas Blvd. South
Las Vegas, NV 89119
*Attorney for Defendant*

IT IS SO ORDERED this 16th day of July, 2026; provided, however, that the parties must review and comply with all local civil rules of practice including, but not limited to, LR IA 6-2.

Dated this 16th day of July, 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE

EGLET LAW