ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
Tel.:702-450-5400
Fax:702-450-5451
Email: eservice@egletlaw.com
*Attorneys for Plaintiff*

EGLET LAW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER QUEHENBERGER;<br><br>Plaintiff,<br><br>v.<br><br>LVGV, LLC d/b/a M RESORT; DOES I-XX and ROE BUSINESS ENTITIES I-XX, inclusive,<br><br>Defendant(s). | CASE NO.: 2:25-cv-02456-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff, KRISTOPHER QUEHENBERGER, through his attorneys of record, EGLET LAW, and Defendant LVGV, LLC d/b/a M RESORT, by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, stipulate to extend the discovery deadlines to thirty (30) days pursuant to Fed. R. Civ. P. 29(b) and LR 26-3 for the reasons set forth below. This is the Parties' second requested extension of these deadlines.

. . .

. . .

**I.**

**DISCOVERY COMPLETED TO DATE**

**Plaintiff served Defendant with the following discovery to date:**

1. Plaintiff's Initial FRCP 26(a)(1) disclosures and three (3) supplements thereto;
2. Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents 1-9, and First Set of Interrogatories 1-20.
3. Plaintiff underwent a Rule 35 exam on July 17, 2026.
4. Plaintiff informally disclosed a medical expert report to Defendant.

**Defendant served Plaintiff with the following discovery to date:**

1. Defendants' Initial FRCP 26(a)(1) disclosures and two (2) supplements thereto;
2. Defendant's Responses to Plaintiff's First Set of Interrogatories 1-19, First Set of Requests for Production 1-28, and First Set of Requests for Admissions 1-42.
3. Defendant's Supplemental Response to Plaintiff's First Set of Request for Production 10.
4. Defendant's Responses to Plaintiff's Second Set of Interrogatories 20-24, Second Set of Requests for Production 29-60, and Second Set of Requests for Admissions 43-59.
5. Defendant's Responses to Plaintiff's Third Set of Requests for Production 61-67, and Third Set of Requests for Interrogatory 25.
6. Defendant's Responses to Plaintiff's Fourt Set of Requests for Production 68-75.

**II.**

**DEPOSITIONS TAKEN TO DATE**

1. Joel Isola, conducted on July 31, 2026.
2. Todd Hollingshead, conducted on August 3, 2026.
3. Trinidad Manzo, conducted on August 7, 2026.
4. Doug May, conducted on August 7, 2026.
5. John Munsey, currently scheduled for August 31, 2026.
6. Marco Marrocco, currently scheduled for August 31, 2026.

. . .

EGLET LAW

**III.**

**DISCOVERY THAT REMAINS TO BE COMPLETED**

The Parties anticipate that they will need to conduct the following additional discovery:

1. Initial Expert Witness Disclosures;
2. Rebuttal Expert disclosures;
3. Additional written discovery and supplemental FRCP 26(a)(1) disclosures;
4. Depositions of witnesses, medical providers, and expert witnesses;
5. Depositions of Defendants' and Defendants' other witnesses;
6. Deposition of Plaintiffs' and Plaintiffs' other witnesses; and
7. Any additional discovery the Parties deem relevant and necessary as discovery continues.

**IV.**

**REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME LIMITS AND NEEDS TO BE EXTENDED**

Pursuant to LR 26-3, good cause exists to extend discovery deadlines 30 days. As set forth above, the Parties have been diligent in conducting discovery to date, including the mutual exchange of initial disclosures of documents and information required by Fed. R. Civ. P. 26(f), have taken witness depositions, and Plaintiff underwent a Rule 35 examination on July 26, 2026 with Dr. Joshua Prager. Just prior to his Rule 35 examination, Plaintiff was diagnosed by a treating physician/retained expert to have complex regional pain syndrome ("CRPS") related to the subject incident. Although Defendant's medical expert Dr. Prager has not yet disclosed his report, it is believed that he agrees that Plaintiff has CRPS.

As a result of Plaintiff's CRPS diagnosis, Plaintiff retained Christina Hughes, a vocation rehabilitation expert who needs additional time to prepare her report. Additionally, upon receipt of the vocational rehabilitation report from Ms. Hughes, Plaintiff will provide the same to an economist who will prepare a report. Plaintiff has informed Defendant's counsel that Plaintiff will appear for a Rule 35 examination with a vocational rehabilitation expert hired by it.

For these reasons, the parties believe good cause exists to extend the discovery deadlines by thirty (30) days.

**V.**

**PROPOSED SCHEDULE**

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Last Date to Add Parties or Claim** | May 8, 2026 | **CLOSED** |
| **Last Date to Disclose Initial Experts** | September 4, 2026 | **October 5, 2026** |
| **Last Date to Disclose Rebuttal Experts** | October 2, 2026 | **November 4, 2026** |
| **Last Date for Discovery** | November 4, 2026 | **December 4, 2026** |
| **Last Date to File Dispositive Motions** | December 4, 2026 | **January 4, 2027**[1] |
| **Last Date to File Pre-Trial Memo, If No Dispositive Motions** | January 11, 2027 | **February 3, 2027** |
| **Last Date to File Pre-Trial Memo, if Dispositive Motions File** | 30 days after order on dispositive motion | **30 days after order on dispositive motion** |

. . .

. . .

. . .

. . .

. . .

. . .

[1] Deadline falls on Sunday, moved to the next business day.



EGLET LAW

The Parties agree that this Stipulation is entered into in good faith and is not for the purposes of undue delay.

**IT IS SO STIPULATED.**

DATED this 11th day of August, 2026.

Submitted by:

*/s/ Joseph J. Troiano, Esq.*
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JOSEPH J. TROIANO, ESQ.
Nevada Bar No. 12505
**EGLET LAW**
350 South Rampart Blvd, Suite 310
Las Vegas, NV 89145
Tel.:702-450-5400; Fax:702-450-5451
Email: eservice@egletlaw.com
*Attorneys for Plaintiff*

DATED this 11th day of August, 2026.

Approved as to form and content:

*/s/ Jonathan C. Pattillo, Esq.*
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
JONATHAN C. PATTILLO, ESQ.
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd., South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400; Facsimile: (702) 727-1401
Email: Michael.Lowry@wilsonelser.com
Email: Jonathan.Pattillo@wilsonelser.com
*Attorneys for Defendant LVGV, LLC*

**ORDER**

**IT IS SO ORDERED.**

U.S. MAGISTRATE JUDGE

**DATED: August 12, 2026**

EGLET LAW