WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
**JORGE RAMIREZ, ESQ.**
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
**CHRIS J. RICHARDSON, ESQ.**
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendant LVGV, LLC d/b/a M Resort*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRISTOPHER QUEHENBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>LVGV, LLC d/b/a M RESORT; DOES I-XX and ROE BUSINESS ENTITIES I-XX, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-02456-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** |

IT IS HEREBY STIPULATED, by and between Plaintiff KRISTOPHER QUEHENBERGER ("Plaintiff"), by and through his attorneys of record, EGLET LAW, and Defendant LVGV, LLC d/b/a M RESORT ("Defendant"), by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, that the rebuttal expert disclosure deadline and the remaining discovery deadlines be extended by sixty (60) days pursuant to Fed. R. Civ. P. 16(b)(4) and 29(b) and LR 26-3 for the reasons set forth below. This is the Parties' third request to extend these deadlines.

///

///

## I. **DISCOVERY COMPLETED TO DATE**

1. The Parties have exchanged FRCP 26(a)(1) initial disclosures and multiple supplements.
2. Plaintiff propounded interrogatories, requests for production, and requests for admission to Defendant, and Defendant propounded interrogatories and requests for production to Plaintiff. Each Party responded, and Defendant served supplemental responses.
3. Plaintiff underwent an FRCP 35 medical examination on July 17, 2026, pursuant to the Court's Order (ECF No. 18).
4. The Court entered the Stipulation and Order to Continue Discovery Deadlines (First Request) (ECF No. 16) and the Stipulation and Order to Extend Discovery Deadlines (Second Request) (ECF No. 20).
5. Plaintiff deposed Joel Isola (July 31, 2026), Todd Hollingshead (August 3, 2026), [Trinidad Manzo (August 7, 2026),] Douglas May (August 7, 2026), John Munsey (August 31, 2026), Marco Marrocco (August 31, 2026), and John Beal of Davis Glass & Mirror, Inc. (September 9, 2026).
6. The Parties served initial expert disclosures on or before October 5, 2026.
7. Plaintiff filed a Motion to Amend Complaint to Add Punitive Damages (ECF No. 21) on September 16, 2026.

## II. **DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Rebuttal expert disclosures.
2. Deposition of Plaintiff and Defendant’s FRCP 30(b)(6) designee.
3. Depositions of the Parties’ retained and non-retained experts, including treating medical providers.
4. Additional written discovery, supplemental FRCP 26 disclosures, and any other discovery permitted by the Rules.

## III. **REASONS DISCOVERY WAS NOT COMPLETED WITHIN THE TIME SET**

Pursuant to LR 26-3, good cause exists to extend the remaining discovery deadlines by sixty (60) days. Good cause under Fed. R. Civ. P. 16(b)(4) focuses primarily on the diligence of the party seeking the extension. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Parties have diligently pursued discovery, including multiple rounds of written discovery, an FRCP 35 examination, and numerous depositions taken between July 31 and September 9, 2026. The Parties have agreed to mediate this matter on November 2, 2026, before the current rebuttal expert deadline would otherwise require the Parties to incur the expense of rebuttal reports and expert and treating physician depositions. The Parties seek to complete rebuttal expert disclosures and the remaining depositions if mediation does not settle the case as the money expended can go to potential settlement instead. In addition, Defendant's counsel of record also changed in September 2026 (ECF No. 23). The requested extension will permit the Parties to mediate in good faith and, should the matter not resolve, allow sufficient time to complete rebuttal expert disclosures and the remaining depositions. It will also allow new counsel of record to complete its review of the evidence prior to having to determine what rebuttal experts are warranted if mediation is not successful.

The Parties seek a sixty (60) day extension of the rebuttal expert disclosure deadline, the close of discovery, the dispositive motion deadline, and the joint pretrial order deadline. The initial expert disclosure deadline has passed and is not reopened. No party will be prejudiced, and the extension is sought in good faith and not for purposes of delay.

**PROPOSED SCHEDULE**

| Discovery Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Rebuttal Expert Disclosures | November 4, 2026 | **January 4, 2027** |
| Close of Discovery | December 4, 2026 | **February 2, 2027** |
| Dispositive Motions | January 4, 2027 | **March 5, 2027** |
| Joint Pretrial Order (if no dispositive motions) | February 3, 2027 | **April 5, 2027** |

## IV. TRIAL DATE

No trial date has been set in this matter. The Parties represent that this Stipulation is made for good cause and not for purposes of delay.

IT IS HEREBY STIPULATED that the discovery dates and deadlines in this matter be continued pursuant to the proposed schedule set forth above.

**IT IS SO STIPULATED.**

DATED this 8th day of October, 2026.

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Chris J. Richardson*
Jorge Ramirez, Esq.
NV Bar No. 6787
6689 Las Vegas Boulevard South,
Suite 200
Chris J. Richardson, Esq.
NV Bar No. 9166
Las Vegas, NV 89119
*Attorneys for Defendant LVGV, LLC d/b/a M Resort*

DATED this 8th day of October, 2026

EGLET LAW

*/s/ Joseph Troiano*
Robert T. Eglet, Esq.
NV Bar No. 3402
Tracy A. Eglet, Esq.
NV Bar No. 6419
Joseph J. Troiano, Esq.
NV Bar No. 12505
350 South Rampart Blvd., Suite 310
Las Vegas, NV 89145
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED in the matter of Quehenberger v. LVGV, LLC, Case No. 2:25-cv-02456-JAD-EJY, that the Stipulation and Order to Extend Discovery Deadlines (Third Request) is GRANTED. New dates are as follows:

| Discovery Event | Current Date | New Date |
|---|---|---|
| Rebuttal Expert Disclosures | November 4, 2026 | **January 4, 2027** |
| Close of Discovery | December 4, 2026 | **February 2, 2027** |
| Dispositive Motions | January 4, 2027 | **March 5, 2027** |
| Joint Pretrial Order (if no dispositive motions) | February 3, 2027 | **April 5, 2027** |

IT IS FURTHER ORDERED that the initial expert disclosure deadline remains closed, and that if dispositive motions are filed, the joint pretrial order shall be due 30 days after the decision on the dispositive motions.

UNITED STATES MAGISTRATE JUDGE

DATED: October 7, 2026